In the Matter of the Application of the CITY OF NEW YORK, etc., Relative to Acquiring Title to Lands, etc., on Upper New York Bay, between Simonson Avenue, Clifton, and Arrietta Street, Tompkinsville, in the Borough of Richmond, etc,— Reargument ordered and case set down for Thursday, February 11, 1926.

This reargument is to be limited solely to the question as to the effect of the resolution of the board of estimate and apportionment closing Hannah street in 1911. [See 215 App. Div. 204; Id. 438.] Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

DAVID JOSEPHSON and Others, Appellants, v. SUNSET AMUSEMENT CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.